PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sayel Abedrabbo          Docket Number: 03-00687-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 01/12/2004

Original Offense: Bankruptcy Fraud

Original Sentence: 18 months imprisonment; 3 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/26/05

Assistant U.S. Attorney: Joyce Malliet, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

Defense Attorney: Jim Patton - Appointed, 554 Livingston Avenue, Livingston, New Jersey 07039, (973) 992-3500

---

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On July 15, 2007, the offender was arrested by the Clifton Police Department and charged with Aggravated Assault and Fictitious Reports. The charges went before the Grand Jury in Passaic County and were no billed. The case has been returned to Clifton Municipal Court and is scheduled for trial on May 19, 2008. |
| 2 | The offender has violated the supervision condition which states 'The offender shall make restitution in the amount of $194,094.31' |
| | The offender was ordered pay restitution in monthly installments of no less than $100 per month. The offender has paid a total of $2,470 in restitution payments. In the past year, he has only submitted $470. |

PROB 12C - Page 2
Sayel Abedrabbo

3

The offender has violated the supervision condition which states 'The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court.'

The offender has opened three credit card accounts and accrued more than $8,500 in combined credit card balances since his release from custody in May 2005, despite not being in compliance his payment agreement as set by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 5/13/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: July 1, 2008 @ 10:30 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/21/08
Date